**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MELDON RICH,**

       **Petitioner,**

**v.**                                                                                  **Case No.: 3:10cv517/MCR/MD**

**KENNETH S. TUCKER,**

       **Respondent.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 9, 2011 (doc. 37).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The respondent's motion to dismiss (doc. 30) is **GRANTED**.

3.     The amended petition for writ of habeas corpus (doc. 7) challenging the conviction and sentence in *State of Florida v. Meldon Rich*, in the Circuit Court of Escambia County, Florida, case number 97-828, is **DISMISSED WITH PREJUDICE** as untimely.

4.     Petitioner's Motion to Correct the Record and Supplement Objection to Magistrate's Objection (doc. 43) is **DENIED** as moot.

5.      The certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 20th day of January, 2012.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**